1  Michelle Van Dyke, Esq. (SBN 171477)
   SHEWRY & VAN DYKE, LLP
2  402 West Broadway, Suite 810
   San Diego, CA 92101-8504
3  Telephone: (619) 233-8824
   Facsimile:  (619) 233-1002
4

5  Attorneys for Plaintiff GREGORY S. BROWN

6  Kimberly R. Krauss, Esq. (SBN 222508)
   In-House Counsel for
7  CREDIT SOLUTIONS CORPORATION
   9573 Shakespeare Drive
8  San Diego, California 92123

9  Attorneys for CREDIT SOLUTIONS CORP.

FILED

JUL 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. BROWN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SOLUTIONS CORP., a California Corporation; and JOHN AND JANE DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-00657 JM (RBB)<br><br>[~~PROPOSED~~] ORDER REGARDING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS<br><br>Judge:             Hon, Jeffrey T. Miller<br>Dept:              6, Third Floor<br>Magistrate Judge:  Hon. Reuben B. Brooks<br>Complaint Filed:   April 11, 2007 |

The Court, having considered the Joint Motion for Dismissal, dismisses **with prejudice** this action, in its entirety. The parties shall each bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated: 7/13/07

JUDGE OF THE DISTRICT COURT